**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

TERRY DREIBELBIS,                                  :    No. 78 EM 2022
                                                   :
                     Petitioner                    :
                                                   :
                                                   :
                                                   :
            v.                                     :
                                                   :
                                                   :
THE PROTHONOTARY OF THE PA.                        :
SUPREME COURT,                                     :
                                                   :
                     Respondent                    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of October, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are DENIED.